UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

In re:  
MAR-RIK, INC.

§ § § § § § § §

Case No. 90-20014 ASD

(CHAPTER 7)

Debtor(s).

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

____  The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__  More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED:  August 10, 2011

Richard Belford, Trustee  
9 Trumbull Street  
New Haven, CT 06511  
CT15490  
(203) 865-0867  
rb-trustee@belfordandbelford.net

# EXHIBIT A

Case Name:     MAR-RIK, INC.
Case Number:   90-20014

| Creditor<br>Name and Address | Claim<br>Number | Distrib.<br>Amount | Small<br>Dividend | Unclaimed<br>Dividend |
|---|---|---|---|---|
| Capital Erectors, Inc.<br>P.O. Box 857, 445 West Queen Street<br>Southington, CT 06489 | 2 -1 | $3,867.50 | | $65.89 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 0.00 | $ 65.89 |

